UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-20146-CIV-COOKE/TORRES

MAHMOUD SHAKER,

    Plaintiff,

V.

AKIMA GLOBAL SERVICES, LLC,

    Defendant.
_____/

**PLAINTIFF'S FACT WITNESS DISCLOSURE LIST**

    Plaintiff, MAHMOUD SHAKER, hereby files his Fact Witness List as follows:

1.    Mahmoud Shaker
    150 Westfield Ave. Apt. 2G
    Elizabeth, NJ  07208

2.    Keilyn Shaker
    150 Westfield Ave. Apt. 2G
    Elizabeth, NJ  07208

3.    Michelle Jones
    c/o Richard Dunn and Matthew Criscuolo
    Cozen O'Conner
    Southeast Financial Center
    200 S. Biscayne Blvd., Suite 4410
    Miami, FL  33131-2302

4.    Gary Fletcher
    801 I St. NW, Suite 910
    Washington, D.C.  20536

5.    Maria de los Colon
    c/o Richard Dunn and Matthew Criscuolo
    Cozen O'Conner

        Southeast Financial Center
        200 S. Biscayne Blvd., Suite 4410
        Miami, FL  33131-2302

6.    Delone Scaife
        c/o Richard Dunn and Matthew Criscuolo
        Cozen O'Conner
        Southeast Financial Center
        200 S. Biscayne Blvd., Suite 4410
        Miami, FL  33131-2302

7.    Carnell  Thornton
        c/o Richard Dunn and Matthew Criscuolo
        Cozen O'Conner
        Southeast Financial Center
        200 S. Biscayne Blvd., Suite 4410
        Miami, FL  33131-2302

8.    John Elkins
        c/o Richard Dunn and Matthew Criscuolo
        Cozen O'Conner
        Southeast Financial Center
        200 S. Biscayne Blvd., Suite 4410
        Miami, FL  33131-2302

The Following individuals rendered medical care or treatment to the Plaintiff, Mahmoud Shaker, at or through Krome Detention Center and/or Defendant, Akima:

9.    Treating medical Fire Rescue professionals who responded to the scene of the subject incident and transported the Plaintiff to outside medical facilities. Their names are unknown at this time – this list will be amended once discovered.

10.    Nurses at Armor Correctional Health Services, Inc., including:
        Justina Roberts, Amanda Carpenter, Patricia Clark, D. Mouley, Camela Boyette, Kathryn Rosamonda,
        4960 SW 72nd Ave. # 400
        Miami, FL 33155

11.    Dr. Rodolphe Lafontant
        Armor Correctional Health Services, Inc.,
        4960 SW 72nd Ave. # 400
        Miami, FL 33155

12.    Dr. Max Solano
        Vista Clinical Diagnostics
        4290 S. Hwy 27, Suite 201

    Clermont, FL 34711
13. Loren Robinson, RN
    ICE Health Service Corps
    18201 S.W. 12th St.
    Miami, FL 33194

14. Nathasha Senat, RN
    ICE Health Service Corps
    18201 S.W. 12th St.
    Miami, FL 33194

15. Bertholet Eugene, RN
    ICE Health Service Corps
    18201 S.W. 12th St.
    Miami, FL 33194

16. Deysi Mederos-Perez, PA
    ICE Health Service Corps
    18201 S.W. 12th St.
    Miami, FL 33194

17. Stephany Charlot, RN
    ICE Health Service Corps
    18201 S.W. 12th St.
    Miami, FL 33194

18. Gregory Gunter, RN
    ICE Health Service Corps
    18201 S.W. 12th St.
    Miami, FL 33194

19. Dr. Luis Ortega
    ICE Health Service Corps
    18201 S.W. 12th St.
    Miami, FL 33194

20. Marthania Jean-Baptiste, RN
    ICE Health Service Corps
    18201 S.W. 12th St.
    Miami, FL 33194

21. Alain Calzadilla, RN
    ICE Health Service Corps
    18201 S.W. 12th St.
    Miami, FL 33194

22. Dahylem Farinas
    ICE Health Service Corps

        18201 S.W. 12th St.
        Miami, FL  33194

23. Nakitia Jackson, NP
    ICE Health Service Corps
    18201 S.W. 12th St.
    Miami, FL  33194

24. Dalian Caraballo, MD
    ICE Health Service Corps
    18201 S.W. 12th St.
    Miami, FL  33194

25. Albin Xavier, MD
    Kendall Medical Center
    11750 SW 40th St.
    Miami, FL  33175

26. Sara Grace, MD
    Bascom Palmer Eye Institute
    900 NW 17th St. – 2nd Floor
    Miami, FL  33136

27. Andrew Rong, MD
    Bascom Palmer Eye Institute
    900 NW 17th St. – 2nd Floor
    Miami, FL  33136

28. Jennifer Fernandez, DO
    West Kendal Baptist Hospital
    9555 SW 162nd Ave.
    Miami, FL  33196

29. Nelson Reyes, RN
    ICE Health Service Corps
    18201 S.W. 12th St.
    Miami, FL  33194

30. Janice Jamieson, RN
    ICE Health Service Corps
    18201 S.W. 12th St.
    Miami, FL  33194

31. Kristy Pinder, RN
    ICE Health Service Corps
    18201 S.W. 12th St.
    Miami, FL  33194

32. Anna Binder, MD

ICE Health Service Corps
18201 S.W. 12th St.
Miami, FL  33194

33. Mariana Rosales, RN
ICE Health Service Corps
18201 S.W. 12th St.
Miami, FL  33194

34. Eduardo Valdespino, RPh
ICE Health Service Corps
18201 S.W. 12th St.
Miami, FL  33194

35. Jose Sanchez, Jr., Psyd
ICE Health Service Corps
18201 S.W. 12th St.
Miami, FL  33194

36. Dalian Carballo, MD
ICE Health Service Corps
18201 S.W. 12th St.
Miami, FL  33194

37. Chevay Hampton, RN
ICE Health Service Corps
18201 S.W. 12th St.
Miami, FL  33194

38. Elvira Hardy, RN
ICE Health Service Corps
18201 S.W. 12th St.
Miami, FL  33194

39. Yvon Laurent, RN
ICE Health Service Corps
18201 S.W. 12th St.
Miami, FL  33194

40. Kans Lewis, NP
ICE Health Service Corps
18201 S.W. 12th St.
Miami, FL  33194

41. Collette Woods, RN
ICE Health Service Corps
18201 S.W. 12th St.
Miami, FL  33194

42. Graciela Acevedo, RN
    ICE Health Service Corps
    18201 S.W. 12th St.
    Miami, FL  33194

43. Abelardo Roman, RN
    ICE Health Service Corps
    18201 S.W. 12th St.
    Miami, FL  33194

44. Karl Bailey, PA
    ICE Health Service Corps
    18201 S.W. 12th St.
    Miami, FL  33194

45. Linda Guerrier, LVN
    ICE Health Service Corps
    18201 S.W. 12th St.
    Miami, FL  33194

46. Hugo Prieto, RN
    ICE Health Service Corps
    18201 S.W. 12th St.
    Miami, FL  33194

47. Stephany Charlot, RN
    ICE Health Service Corps
    18201 S.W. 12th St.
    Miami, FL  33194

48. Any and all treating medical personnel who rendered medical care or treatment to the Plaintiff while he was held in custody by the United States.

49. Any all witnesses listed by the Defendant.

50. All persons identified in discovery in this case, including in answers to interrogatories and requests for production.

51. All necessary rebuttal and/or impeachment witnesses.

52. Any individual whose deposition is taken in this case.

53. Any all records custodians of medical providers who rendered medical care or treatment to the Plaintiff while he was held in custody by the United States.

54. The Plaintiff reserves the right to amend this list should additional information become available.

Dated: July 8, 2016

Respectfully submitted,

BY: /s/ *Bryant Esquenazi*
BRYANT ESQUENAZI
Fla Bar No.956422

ESQUENAZI LAW
1688 Meridian Ave., Suite 900
Miami Beach, FL  33139
305-532-1900 - phone
305-672-0470 – fax
Email: bryant@esquenazilaw.com

*Attorney for the Plaintiff, Mahmoud Shaker*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 8, 2016, I electronically filed the foregoing document with the Clerk of Courts using the CM/ECF system which will send a notice of electronic filing to the following: Richard Dunn, Esq. and Matthew Criscuolo, Esq. at COZEN O'CONNOR, 200 S. Biscayne Blvd., Suite 4410, Miami, FL  33131 and One N. Clematis St., Suite 510, West Palm Beach, FL  33401.

BY: /s/ *Bryant Esquenazi*
BRYANT ESQUENAZI