UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION


CASE NO. 16-20146-CIV-COOKE/TORRES


MAHMOUD SHAKER,

      Plaintiff,

V.


AKIMA GLOBAL SERVICES, LLC,

      Defendant.
_____/

## PLAINTIFF'S EXPERT WITNESS DISCLOSURE LIST

      Plaintiff, MAHMOUD SHAKER, hereby files his Expert Witness List as follows:

      The Following individuals rendered medical care or treatment to the Plaintiff, Mahmoud Shaker, at or through Krome Detention Center and/or Defendant, Akima.  Their medical records and/or reports are attached herein or have been previously provided to the Defendant

1.     Treating medical Fire Rescue professionals who responded to the scene of the subject incident and transported the Plaintiff to outside medical facilities. Their names are unknown at this time – this list will be amended once discovered.

2.     Nurses at Armor Correctional Health Services, Inc., including:
Justina Roberts, Amanda Carpenter, Patricia Clark, D. Mouley, Camela Boyette, Kathryn Rosamonda,
4960 SW 72nd Ave. # 400
Miami, FL 33155

3.     Dr. Rodolphe Lafontant
Armor Correctional Health Services, Inc.,
4960 SW 72nd Ave. # 400
Miami, FL 33155

4.    Dr. Max Solano
Vista Clinical Diagnostics
4290 S. Hwy 27, Suite 201
Clermont, FL  34711

5.    Loren Robinson, RN
ICE Health Service Corps
18201 S.W. 12th St.
Miami, FL  33194

6.    Nathasha Senat, RN
ICE Health Service Corps
18201 S.W. 12th St.
Miami, FL  33194

7.    Bertholet Eugene, RN
ICE Health Service Corps
18201 S.W. 12th St.
Miami, FL  33194

8.    Deysi Mederos-Perez, PA
ICE Health Service Corps
18201 S.W. 12th St.
Miami, FL  33194

9.    Stephany Charlot, RN
ICE Health Service Corps
18201 S.W. 12th St.
Miami, FL  33194

10.    Gregory Gunter, RN
ICE Health Service Corps
18201 S.W. 12th St.
Miami, FL  33194

11.    Dr. Luis Ortega
ICE Health Service Corps
18201 S.W. 12th St.
Miami, FL  33194

12.    Marthania Jean-Baptiste, RN
ICE Health Service Corps
18201 S.W. 12th St.
Miami, FL  33194

13.    Alain Calzadilla, RN
ICE Health Service Corps
18201 S.W. 12th St.

2

Miami, FL  33194

14.   Dahylem Farinas
      ICE Health Service Corps
      18201 S.W. 12th St.
      Miami, FL  33194

15.   Nakitia Jackson, NP
      ICE Health Service Corps
      18201 S.W. 12th St.
      Miami, FL  33194

16.   Dalian Caraballo, MD
      ICE Health Service Corps
      18201 S.W. 12th St.
      Miami, FL  33194

17.   Albin Xavier, MD
      Kendall Medical Center
      11750 SW 40th St.
      Miami, FL  33175

18.   Sara Grace, MD
      Bascom Palmer Eye Institute
      900 NW 17th St. – 2nd Floor
      Miami, FL  33136

19.   Andrew Rong, MD
      Bascom Palmer Eye Institute
      900 NW 17th St. – 2nd Floor
      Miami, FL  33136

20.   Jennifer Fernandez, DO
      West Kendal Baptist Hospital
      9555 SW 162nd Ave.
      Miami, FL  33196

21.   Nelson Reyes, RN
      ICE Health Service Corps
      18201 S.W. 12th St.
      Miami, FL  33194

22.   Janice Jamieson, RN
      ICE Health Service Corps
      18201 S.W. 12th St.
      Miami, FL  33194

3

23.    Kristy Pinder, RN
       ICE Health Service Corps
       18201 S.W. 12th St.
       Miami, FL  33194

24.    Anna Binder, MD
       ICE Health Service Corps
       18201 S.W. 12th St.
       Miami, FL  33194

25.    Mariana Rosales, RN
       ICE Health Service Corps
       18201 S.W. 12th St.
       Miami, FL  33194

26.    Eduardo Valdespino, RPh
       ICE Health Service Corps
       18201 S.W. 12th St.
       Miami, FL  33194

27.    Jose Sanchez, Jr., Psyd
       ICE Health Service Corps
       18201 S.W. 12th St.
       Miami, FL  33194

28.    Dalian Carballo, MD
       ICE Health Service Corps
       18201 S.W. 12th St.
       Miami, FL  33194

29.    Chevay Hampton, RN
       ICE Health Service Corps
       18201 S.W. 12th St.
       Miami, FL  33194

30.    Elvira Hardy, RN
       ICE Health Service Corps
       18201 S.W. 12th St.
       Miami, FL  33194

31.    Yvon Laurent, RN
       ICE Health Service Corps
       18201 S.W. 12th St.
       Miami, FL  33194

32.    Kans Lewis, NP
       ICE Health Service Corps
       18201 S.W. 12th St.

4

Miami, FL  33194

33.    Collette Woods, RN
       ICE Health Service Corps
       18201 S.W. 12th St.
       Miami, FL  33194

34.    Graciela Acevedo, RN
       ICE Health Service Corps
       18201 S.W. 12th St.
       Miami, FL  33194

35.    Abelardo Roman, RN
       ICE Health Service Corps
       18201 S.W. 12th St.
       Miami, FL  33194

36.    Karl Bailey, PA
       ICE Health Service Corps
       18201 S.W. 12th St.
       Miami, FL  33194

37.    Linda Guerrier, LVN
       ICE Health Service Corps
       18201 S.W. 12th St.
       Miami, FL  33194

38.    Hugo Prieto, RN
       ICE Health Service Corps
       18201 S.W. 12th St.
       Miami, FL  33194

39.    Stephany Charlot, RN
       ICE Health Service Corps
       18201 S.W. 12th St.
       Miami, FL  33194

40.    Any and all treating medical personnel who rendered medical care or
       treatment to the Plaintiff while he was held in custody by the United States.

41.    Any all expert witnesses listed by the Defendant.

42.    The Plaintiff reserves the right to amend this list should additional information
       become available.

5

Dated: August 8, 2016

Respectfully submitted,

BY: */s/ Bryant Esquenazi*
BRYANT ESQUENAZI
Fla Bar No.956422

ESQUENAZI LAW
1688 Meridian Ave., Suite 900
Miami Beach, FL  33139
305-532-1900 - phone
305-672-0470 – fax
Email: bryant@esquenazilaw.com

*Attorney for the Plaintiff, Mahmoud Shaker*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 8, 2016, I electronically filed the foregoing document with the Clerk of Courts using the CM/ECF system which will send a notice of electronic filing to the following: Richard Dunn, Esq. and Matthew Criscuolo, Esq. at COZEN O'CONNOR, 200 S. Biscayne Blvd., Suite 4410, Miami, FL  33131 and One N. Clematis St., Suite 510, West Palm Beach, FL  33401.

BY: */s/ Bryant Esquenazi*
BRYANT ESQUENAZI