UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-20146-CIV-COOKE/TORRES

MAHMOUD SHAKER,

    Plaintiff,

V.

AKIMA GLOBAL SERVICES, LLC,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

Pursuant to this Court's Order dated 1/26/2017 and the Court's [25] Endorsed Order, the parties hereby provide this Notice of Settlement, as this matter was amicably resolved at a Mediation conference held on January 10, 2017. At this time the parties are finalizing a General Release as to All Claims, and a Stipulation of Dismissal with Prejudice. We will submit the Stipulation concluding this case shortly.

| | |
|---|---|
| Dated: February 1, 2017 | Dated: February 1, 2017 |
| BY: /s/ *Bryant Esquenazi* | BY: /s/ *Richard Dunn* |
| BRYANT ESQUENAZI | RICHARD DUNN |
| Fla Bar No.956422 | Fla bar No. 126953 |
| ESQUENAZI LAW | COZEN O'CONNOR |
| 1688 Meridian Ave., Suite 900 | 200 S. Biscayne Blvd., Suite 4410 |
| Miami Beach, FL  33139 | Miami, FL  33131 |
| 305-532-1900 – phone | 305-704-5940 - phone |
| 305-672-0470 – fax | 305-704-5955 - fax |
| Email: bryant@esquenazilaw.com | Email: rdunn@cozen.com |
| *Attorney for Plaintiff, Mahmoud Shaker* | *Attorney for Defendant, Akima Global Services* |

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on February 1, 2017, I electronically filed the foregoing document with the Clerk of Courts using the CM/ECF system which will send a notice of electronic filing to the following: Bryant Esquenazi, Esq. at ESQUENAZI LAW, 1688 Meridian Ave., Suite 900, Miami Beach, FL  33139; Richard Dunn, Esq. and Matthew Criscuolo, Esq. at COZEN O'CONNOR, 200 S. Biscayne Blvd., Suite 4410, Miami, FL  33131 and One N. Clematis St., Suite 510, West Palm Beach, FL  33401.

                                          BY: /s/ *Richard M. Dunn*
                                          RICHARD M. DUNN, Esq.